# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10034

_____

HAROLD DOMBROWSKI,

                                                            *Plaintiff-Appellant,*

versus

WILSON,
COBBS,
O. JELKS,
   In Their Individual Capacities,

                                                            *Defendants-Appellees,*

K. FONGEALLAZ, et al.,

                                                            *Defendants.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cv-01199-WWB-PDB

_____

ORDER:

    Attorney Erik Kverne has submitted an appearance of counsel to appear in this appeal.

2                             Order of the Court                        25-10034

Consistent with 11th Cir. R. 34-4(e), Attorney Erik Kverne is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION